IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KWAKU OTI ACHEAMPONG,

    Petitioner,

v.                                  Civil Action No. 3:23cv434

CHADWICK DOTSON,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on July 18, 2023, the Court conditionally filed Petitioner's 28 U.S.C. § 2254 Petition. (ECF No. 4.) At that time, the Court warned Petitioner that he must keep the Court informed as to his current address. (ECF No. 4, at 2.) By Memorandum Order entered on April 26, 2024, the Court ordered Petitioner to notify the Court of his continued interest in litigating the § 2254 Petition and to respond to Respondent's arguments in the Motion to Dismiss. (ECF No. 18.) On May 13, 2024, the United States Postal Service returned the April 26, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "INMATE NOT IN VADOC." (ECF No. 19, at 1.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 5/17/2024
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge